No. 95–789. CALIFORNIA DIVISION OF LABOR STANDARDS ENFORCEMENT ET AL. *v.* DILLINGHAM CONSTRUCTION, N. A., INC., ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 95–928. ATHERTON ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR CITY SAVINGS, F. S. B. C. A. 3d Cir. Certiorari granted. ▮

No. 95–1263. CATERPILLAR INC. *v.* LEWIS. C. A. 6th Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition. ▮

No. 94–35. ALABAMA ET AL. *v.* POARCH BAND OF CREEK INDIANS;
No. 94–189. POARCH BAND OF CREEK INDIANS *v.* ALABAMA ET AL.; and
No. 94–219. FLORIDA ET AL. *v.* SEMINOLE TRIBE OF FLORIDA. C. A. 11th Cir. Certiorari denied. Reported below: 11 F. 3d 1016.

No. 94–1647. COEUR D'ALENE TRIBE OF IDAHO ET AL. *v.* IDAHO ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 95–858. CHICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–878. PRODUCTION PLATED PLASTICS, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 95–949. TEAMSTERS LOCAL 115, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 95–1003. MONTOYA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. ▮